# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH TISO,<br><br>   Plaintiff,<br><br>vs.<br><br>HEALTHCARE TRUST OF AMERICA, INC., W. BRADLEY BLAIR II, VICKI U. BOOTH, H. LEE COOPER, WARREN D. FIX, JAY P. LEUPP, RESHMA BLOCK, and CONSTANCE B. MOORE,<br><br>   Defendants. | Case No.: 1:22-cv-03804-NRB<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Joseph Tiso ("Plaintiff") voluntarily dismisses this action with prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 20, 2022       **BRODSKY & SMITH**

           By: */s/ Evan J. Smith*
              Evan J. Smith
              240 Mineola Boulevard
              Mineola, NY 11501
              Phone: (516) 741-4977
              Facsimile (561) 741-0626

              *Attorneys for Plaintiff*