**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH TISO,<br><br>            Plaintiff,<br><br>vs.<br><br>HEALTHCARE TRUST OF AMERICA, INC., W. BRADLEY BLAIR II, VICKI U. BOOTH, H. LEE COOPER, WARREN D. FIX, JAY P. LEUPP, RESHMA BLOCK, and CONSTANCE B. MOORE,<br><br>           Defendants. | **Case No.: 1:22-cv-03804-NRB**<br><br>**NOTICE OF ERRATA** |

PLEASE TAKE NOTICE that the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [Dkt. 7] filed by Plaintiff in the above captioned action on July 20, 2022 inadvertently contained an error incorrectly requesting the dismissal be granted without prejudice in the body of the document. A corrected version of the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was thereafter filed on July 20, 2022 to Dkt. 8. That filing correctly requests that the action be dismissed with prejudice.

Dated: July 20, 2022            **BRODSKY & SMITH**

                                        By:   */s/ Evan J. Smith*
                                               Evan J. Smith
                                               240 Mineola Boulevard
                                               Mineola, NY  11501
                                               Phone:  (516) 741-4977
                                               Facsimile (561) 741-0626

                                               *Attorneys for Plaintiff*